<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| THOMAS D. OLESKA, | ) |
| | ) Civil Action |
| Plaintiff | ) No. 06-CV-00541 |
| | ) |
| vs. | ) |
| | ) |
| HARLEYSVILLE NATIONAL BANK, | ) |
| | ) |
| Defendant | ) |

<u>O R D E R</u>

NOW, this 20th day of September, 2007, upon consideration of Plaintiff's Motion to Reinstate Complaint, and accompanying brief, which motion and brief were filed October 6, 2006; upon consideration of the Brief of Defendant, Harleysville National Bank, in Opposition to Plaintiff's Motion to Reinstate the Complaint, which brief was filed October 18, 2006; and for the reasons set forth in the accompanying Memorandum,

<u>IT IS ORDERED</u> that Plaintiff's Motion to Reinstate Complaint is denied.

BY THE COURT:


<u>/s/ JAMES KNOLL GARDNER</u>
James Knoll Gardner
United States District Judge